IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02453-ZLW-CBS

KEITH LANCE,
CARL MILLER,
RENEE NELSON,
NANCY O'CONNOR,

     Plaintiffs,

v.

DONETTA DAVIDSON, SECRETARY OF STATE FOR
THE STATE OF COLORADO, in her Official Capacity only,

     Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY **DAVID M. EBEL**, Circuit Judge, and **JOHN C. PORFILIO**, Senior Circuit Judge of the United States Court of Appeals for the Tenth Circuit, and **ZITA L. WEINSHIENK**, Senior District Judge of the United States District Court for the District of Colorado.

Joan E. Boline, Judicial Assistant

Dated: June   29  , 2005

     In view of the Order Dismissing Certain Claim filed June 21, 2005, stating that the Court will provide an opinion in due course supporting the oral rulings made at the hearing on June 20, 2005, it is ORDERED that Plaintiffs' Motion To Issue Written Order is moot.  After the supplemental briefing is received, the Court will issue a single written opinion addressing all issues.