IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02453-ZLW-CBS

KEITH LANCE,
CARL MILLER,
RENEE NELSON,
NANCY O'CONNOR

    Plaintiffs,

v.

DONETTA DAVIDSON, SECRETARY OF STATE FOR
THE STATE OF COLORADO, in her Official Capacity Only,

    Defendant.

## ORDER

Filed March 1, 2006

Before **EBEL**, Senior Circuit Judge of the United States Court of Appeals for the Tenth Circuit, **PORFILIO**, Senior Circuit Judge of the United States Court of Appeals for the Tenth Circuit, and **WEINSHIENK**, Senior District Judge of the United States District Court for the District of Colorado.

**EBEL**, Circuit Judge.

    On February 21, 2006 the United States Supreme Court remanded this matter to this 3-judge district court.

    The court would like to receive a status report from the parties advising the court as to their future intentions in this matter and suggesting a proposed time schedule as to how matters should proceed in this court.

The parties are hereby ORDERED to submit simultaneous status reports to this court by noon on Friday, March 10, 2006, addressing the above matters and anything else the parties would like to bring to the court's attention. Each status report shall not exceed 5 pages in length.

ENTERED BY THE COURT:

/s/ David M. Ebel

Honorable David M. Ebel
Circuit Judge