IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02453-ZLW-CBS

KEITH LANCE,
CARL MILLER,
RENEE NELSON,
NANCY O'CONNOR,

    Plaintiffs,

v.

GIGI DENNIS, SECRETARY OF STATE FOR
THE STATE OF COLORADO, in her official capacity only,

    Defendant.

## ORDER

Filed: March 21, 2006

Before **EBEL**, Senior Circuit Judge of the United States Court of Appeals for the Tenth Circuit, **PORFILIO**, Senior Circuit Judge of the United States Court of Appeals for the Tenth Circuit, and **WEINSHIENK**, Senior District Judge of the United States District Court for the District of Colorado.

**EBEL**, Circuit Judge.

    On March 1, 2006, the court ordered simultaneous status reports from the parties in this case as to how the matter should proceed. Based upon those status reports, the court hereby ORDERS as follows:

    1.    The Defendant shall file within thirty days a motion to dismiss the Plaintiffs' Elections Clause Claim based upon the defense of issue preclusion, accompanied by a brief in support thereof. Not more than thirty days after the filing of the Defendant's motion to dismiss and supportive memorandum, the Plaintiffs shall file their brief in opposition. Not more than fifteen days

thereafter, the Defendant shall file a reply brief.

    2.    Any consideration of the merits of the Plaintiffs' Elections Clause Claim shall be postponed until after the court considers the defense of issue preclusion asserted by the Defendant.

    3.    The court reaffirms its previous ruling that "Plaintiffs' Petition Clause Claim fails to state a claim upon which relief may be granted, pursuant to Fed. R. Civ. P. 12(b)(6)." <u>Lance v. Davidson</u>, 379 F.Supp. 1117, 1130-32 (D.Colo. 2005). The Supreme Court expressly declined to pass on our previous ruling dismissing the Plaintiff's Petition Clause Claim. <u>See</u> <u>Lance v. Dennis</u>, 126 S.Ct. 1198, 1203 n.3 (U.S. 2006). Therefore, the previous rulings on that matter will not be reopened or reconsidered. Because the Supreme Court "vacate[d] the judgment of the district court," when this court enters its final ruling in this case, it will reenter at that time its decision again dismissing the Plaintiffs' Petition Clause Claim.

    4.    Gigi Dennis shall be substituted for Donetta Davidson as the named Defendant in this case.

ENTERED BY THE COURT:

/s/ David M. Ebel

---

Honorable David M. Ebel
Circuit Judge